UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALINKA TACUMA WADE MOYE,<br><br>  Plaintiff,<br><br>  v.<br><br>MAGISTRATE SBA; MAGISTRATE JL; MAGISTRATE EMC; MAGISTRATE PJH; MAGISTRATE WHA,<br><br>  Defendants. | No. C-14-4347 EMC (pr)<br><br>**ORDER OF RECUSAL AND FOR REASSIGNMENT** |

The undersigned has been named as a defendant in this action and therefore recuses himself from it. *See* 28 U.S.C. § 455(b)(5). The Clerk shall cause this action to be reassigned to another judge.

IT IS SO ORDERED.

Dated: October 6, 2014

                                                EDWARD M. CHEN
                                                United States District Judge