UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MALINKA TACUMA WADE MOYE,<br><br>    Plaintiff,<br><br>    v.<br><br>MAGISTRATE SBA, et al.,<br><br>    Defendants. | Case No. 14-cv-04347-BLF<br><br>**ORDER OF RECUSAL** |

I, the undersigned judge of the court, finding myself disqualified in the above-captioned action, hereby recuse myself from this case. Given that judges of this District are named Defendants in this matter, the Clerk of Court shall notify the Executive Committee for further reassignment of this case outside of this District.

All pending dates of motions, pretrial conferences and trial are hereby vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: October 7, 2014

_____
BETH LABSON FREEMAN
United States District Judge